**Marc Pierre HALL, Petitioner-Appellant,**

v.

**Warden C. J. HOLLAND, Respondent-Appellee.**

**No. 17-6680**

United States Court of Appeals, Fourth Circuit.

Submitted: October 19, 2017

Decided: October 24, 2017

Marc Pierre Hall, Appellant Pro Se.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marc Pierre Hall, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Hall v. Holland*, No. 5:16-hc-02273-BO (E.D.N.C. May 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*